
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DALE WILLIAM GILLEY, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 5:11-cv-00767-SLB |
| ) | |
| WARDEN HETZEL and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## DISMISSAL ORDER

On March 15, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On March 28, 2011, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is therefore

**ORDERED**, **ADJUDGED** and **DECREED** that the petition for writ of habeas corpus in this action be and the same hereby is **DISMISSED** pursuant to 28 U.S.C.

§ 2244(b) and, alternatively, pursuant to 28 U.S.C. § 2244(d), and, alternatively, for failure to comply with 28 U.S.C. § 2244(b)(3)(A).

DONE this 24th day of May, 2011.

/s/ Sharon Lovelace Blackburn
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE